JENNIFER A. FORNETTI, ESQ.
Nevada Bar No. 7644
FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-mail Address: jfornetti@fisherpillips.com
Attorney for *Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEREK CIRILO,<br><br>                    Plaintiff(s),<br><br>    vs.<br><br>RESORTS WORLD LAS VEGAS, LLC,<br><br>                    Defendant(s). | CASE NO.: 2:26-cv-00307-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendant Advanstaff, Inc. will have an extension of time up to and including **March 18, 2026**, in which to file a responsive pleading to Plaintiff's Complaint (ECF No. 1).  This Stipulation is submitted and based on the following:

1.    Defendant Resorts World Las Vegas, LLC was served on February 11, 2026.

2.    Defendant Resorts World Las Vegas, LLC recently retained counsel, who is still in the process of investigating Plaintiff's allegations.

3.    The parties have agreed to extend the deadline for Defendant Resorts World Las Vegas, LLC to file its response to Plaintiff's Complaint March 18, 2026, to allow Defendant Resorts World Las Vegas, LLC's counsel sufficient time to address the allegations within Plaintiff's Complaint.

4.    This is the first stipulation to extend the time for Defendant Resorts World Las Vegas, LLC to respond to Plaintiff's Complaint.

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 62148197.1

5.      The parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

6.      This Stipulation is made in good faith and not for the purpose of delay.

7.      Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

DATED this 3rd day of March, 2026.

PLAINTIFF

FISHER & PHILLIPS, LLP

*/s/ Derek Cirilo*

Derek Cirilo
3399 Sandbar Dr.
Box 2558
Crystal Beach, TX 77650

*In Proper Person*

*/s/ Jennifer A. Fornetti*

Jennifer A. Fornetti, Esq.
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

_____
DATED   March 4, 2026

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 62148197.1